UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

**DAVID RAY BOSWELL #782811**       **CIVIL ACTION NO. 22-1351 SEC P**

**VERSUS**                                      **JUDGE EDWARDS**

**MICHAEL JONES**                       **MAGISTRATE JUDGE HORNSBY**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 20), no objections having been filed, and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Motion to Dismiss filed by defendant MICHAEL JONES (R. Doc. 18) is GRANTED and the Complaint filed by plaintiff DAVID RAY BOSWELL #782811 is **DISMISSED WITH PREJUDICE.**

THUS ORDERED AND SIGNED in Chambers this 18th day of November, 2024.

**JUDGE JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT COURT**